**UNITED STATES DISTRICT COURT DISTRICT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY ZWEBER,** | ) | **Case No.** |
| **Plaintiff,** | ) | **Judge** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **MAXIM EXPEDITED LLC, AND JADIN J. ROLLE** | ) | |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, TIMOTHY ZWEBER, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, JADIN J. ROLLE, and MAXIM EXPEDITED LLC, hereby states as follows:

**COUNT I — NEGLIGENCE/ JADIN ROLLE**

1. The Plaintiff Timothy T. Zweber is a resident of Minnesota.
2. The Defendant Jadin Rolle was at all relevant times a resident of Clarendon, Arizona.
3. The Defendant Maxim Expedited LLC (Maxim) was a duly licensed Trucking Company located in Schamburg, Illinois.
4. Diversity exists in this matter because of plaintiffs and defendants are residents of different states.
5. This court has subject matter jurisdiction pursuant to 28 U.S.C § 1332 (a) because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.
6. Venue is proper under 28 USC § 1391 (b) (2) in that the defendant Maxim Expedited LLC is a resident of the Northern District of Illinois.

7. The amount in controversy exceeds the jurisdictional amount of $750,000.00

8. On February, 2 2025 the defendant Jadin Rolle was employed as a driver for Maxim Expedited LLC, driving a commercial semi-truck westbound down Interstate 80.

9. On February 2, 2025 Timothy Zweber was driving westbound down Interstate 80 on the way to California to visit his children and grandchildren.

10. The road conditions were in good shape.

11. Interstate 80, however, was closed to high profile vehicles under 6000lbs GVW due to high winds.

12. The vehicle owned by defendant Maxim and driven by defendant Jadin Rolle had a bill of loading showing a load weight of 1625 lbs.

13. The defendant had a duty to operate this commercial vehicle safely and reasonably and pursuant to load restrictions.

14. The defendants breached their duty in one or more of the following ways:

    a. Drove at an excessive speed in light of the wind conditions on Interstate 80 and unsafe for said conditions.

    b. Operated the commercial truck on Interstate 80 with a load weight under the load requirement on Interstate 80.

    c. Failed to monitor the restriction on said date via radio or other form

    d. Failed to maintain proper control of his vehicle

    e. Was otherwise negligent

15. On said date Jadin Rolle lost control of his semi commercial truck and jackknifed with its load blocking the westbound lanes.

16. Due to the hour of the morning and the bottom of the truck extending across the interstate, Timothy Zweber did not and could not see the bottom of the truck.

17. Timothy Zweber could not avoid the jackknifed truck of Jadin Rolle obstructing the westbound lanes.

18. Plaintiff Timothy Zweber's vehicle struck the bottom of the jackknifed trailer and as a result of the defendant Jadin Rolle's actions and inactions causing severe injuries, pain, suffering emotional distress, property damage and permanent injuries and monetary losses and expenses to Plaintiff Timothy Zweber.

19. At all relevant times the Plaintiff Timothy Zweber was operating his vehicle in a safe manner.

WHEREFORE, the plaintiff Timothy Zweber prays for judgement against defendant Jadin Rolle for compensatory damages plus costs.

**<u>COUNT II — RESPONDENT SUPERIOR</u>**

1-17. The Plaintiff hereby realleges and incorporates his allegations of paragraph 1-17 of Count I as his respective allegations of paragraph 1-17 of Count II as though fully set forth herein.

20. At all relevant times the defendant Jadin Rolle was acting as an agent of Maxim Expedited LLC.

21. As its agent Maxim Expedited LLC is responsible for the actions of its agent.

WHEREFORE, the plaintiff Timothy Zweber prays for judgement against defendant Maxim Expedited LLC. for compensatory damages plus costs.

**<u>COUNT III — WILLFUL AND WANTON</u>**

1-18. The plaintiff hereby realleges his allegations of paragraph 1-17 of Count I as his respective allegations of Count III as though fully set forth herein

19. The defendant Jadin Rolle and Maxim were aware that its load being transported was well under the required load to be transported on said interstate on February 2, 2025 due to the weather conditions and closures notices.

20. Despite said knowledge the defendants continued to their travel route knowing of the strong likelihood of an accident occurring and the risks to the general public.

21. The defendant truck jackknifed and an accident promptly occurred.

22. The plaintiff Timothy Zweber is entitled to punitive damages as a result of the actions and inactions of the defendants.

WHEREFORE, the plaintiff prays for the appropriate punitive damages to be assessed against each defendant plus costs jointly and severally plus costs.

**JURY DEMAND**

The Plaintiff, TIMOTHY ZWEBER, hereby requests a trial by jury.

Respectfully submitted,

**TIMOTHY ZWEBER**

/s/ Gregory E. Kulis
Gregory E. Kulis

**Gregory E. Kulis (6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**134 N. LaSalle St. Suite 444**
**Chicago, Illinois 60602**
**(312) 580-1830**